UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:11-CR-00052(01) RM |
| ) | |
| TRISHA JACKSON ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 3, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 6], ACCEPTS defendant Trisha Jackson's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   June 23, 2011


　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　Judge, United States District Court